UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Jose Ortiz,

                              Debtors.
_____
Jose Ortiz,
                              Plaintiffs,
v.
Wells Fargo, NA d/b/a America's Servicing Company.

                              Defendant.

Case No. 17-13890 - CMA

Adversary No. 17-01177-CMA

NOTICE REGARDING FINAL ADJUDICATION AND CONSENT

PLEASE TAKE NOTICE that the Plaintiff brings this Complaint in accordance with Fed. R. Bankr. P. 7008(a) and 7012(b) (1). This matter is a core proceeding and requires consent by the parties to entry of final orders or judgments by the bankruptcy judge. If consent is necessary, the party consents.

DATED this November 3, 2017.

                              HENRY, DEGRAAFF & MCCORMICK, P.S.
                              By: */s/ Christina L. Henry*
                                  Christina L. Henry, WSBA #31273
                                  Attorney for Debtors

Notice Regarding Final Adjudication and Consent - Page 1

**HENRY DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH ST., STE 203
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax (206) 400-0595

Case 17-01177-CMA    Doc 2    Filed 11/03/17    Ent. 11/03/17 10:21:06    Pg. 1 of 1